**Mercantile Discount Corporation, appellant, v. Dorsey R. Crowe, appellee. Gen. No. 34,368.**

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930. Rehearing denied November 17, 1930.

Mort D. and Frank Goldberg, for appellant. William L. Kelley, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**N. Cwian, appellant, v. James J. Maloney and Gladys Maloney, appellees. Gen. No. 34,377.**

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Sherwin, Dosland, Weiss & O'Connor, for appellant. Arthur J. Murphy, for appellees; Harry A. Fleck, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**In re Estate of John A. Kelly, deceased, William F. Donahue, appellee, v. Rose A. Kelly and Francis J. Kelly, as executors of the estate of J. A. Kelly, deceased, appellants. Gen. No. 34,391.**

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

William Urbane Franey, for appellants. Smith, Marx & Smith and George L. Reker, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**John E. McEldowney, administrator of the estate of Todd Mosley, deceased, appellee, v. Metropolitan Life Insurance Company of New York and Leola Stringer, defendants, on appeal of Leola Stringer, appellant. Gen. No. 34,400.**

Heard in the first division of this court for the first district at the June term, 1930. O'Connor, J., dissents. Opinion filed November 3, 1930. Rehearing denied November 18, 1930.

A. L. Williams, for appellant. George H. Sugrue, of counsel. Robert D. Melick, for appellee.

Mr. Justice McSurely delivered the opinion of the court.